# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK R. DANIELS,<br><br>        Petitioner,<br><br>        v.<br><br>CONNIE GIPSON, Warden,<br><br>        Respondent. | NO. CV 11-6405 FMO<br><br><br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 29th day of January, 2013.

/s/
Fernando M. Olguin
United States District Judge